## UNITED STATES COURT OF APPEALS
**Filed 5/22/96**
## TENTH CIRCUIT

JAMES EDWIN BURNS,

      Plaintiff-Appellant,

v.

NATALIE VEDDER, Regional Service
Director of the of the United States
Immigration & Naturalization Service;
WARREN CHRISTOPHER, In his
capaciity as Secretary of State of the
United States of America,

      Defendants-Appellees.

No. 95-3209
D.C. No. 94-CV-1098-MLB)
(District of Kansas)

## ORDER AND JUDGMENT[*]

Before **SEYMOUR**, Chief Judge**; PORFILIO**, and **ANDERSON**, Circuit Judges.

We have examined the briefs and the record and find no error.  The judgment of

the district court is therefore AFFIRMED.

**PER CURIAM**

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  This court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.